An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELITE MOVING AND STORAGE, INC.,
Appellant,
vs.
MALCO ENTERPRISES OF NEVADA,
INC.,
Respondent.

No. 63953

**FILED**

SEP 0 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a short trial judge order in a breach of contract action. Eighth Judicial District Court, Clark County; Susan Scann, Judge.

On July 24, 2014, this court ordered appellant to show cause why this appeal should not be dismissed for lack or jurisdiction, pointing out that the district court had not signed the short trial judge's proposed order. *See* NSTR 3(d)(4) (providing that pro tempore short trial judges' proposed orders are not effective until signed by the district court). In appellant's timely response to this court's order to show cause, appellant agrees that this court appears to lack jurisdiction. Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

[1]To the extent that appellant requests its $5,000 bond to remain in place pending entry of a final order and further appeal, appellant must seek such relief from the district court in the first instance.

cc: Hon. Susan Scann, District Judge
Phillip Aurbach, Settlement Judge
Hansen Rasmussen, LLC
Mazur & Brooks, A PLC
Eighth District Court Clerk